UNITED STATES of America

v.

PUBLIC UTILITIES COMMISSION.

No. 76–249–M.P.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Lincoln C. Almond, Everett C. Sammartino, Carl I. Freedman, Rhode Island Legal

Services, Inc., Providence, for Coalition for Consumer Justice.

Dennis J. Roberts II, Atty. Gen., R. Daniel Prentiss, Special Asst. Atty. Gen., for respondent.

## ORDER

The motion of the Coalition for Consumer Justice to participate in oral argument is denied.

DORIS and MURRAY, JJ., did not participate.